UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TIMOTHY VANHUMLIAN SIANGDUN,
a/k/a YAN TUN,

        Defendant.                 **INDICTMENT**

_____/

The Grand Jury charges:

## COUNT 1
### (Interstate Communication with Threat to Injure)

On or about August 6, 2013, in Calhoun County, in the Southern Division of the Western

District of Michigan, and elsewhere,

TIMOTHY VANHUMLIAN SIANGDUN,
a/k/a YAN TUN,

did knowingly and willfully transmit in interstate commerce from Springfield, Michigan, to Palo

Alto, California, a Facebook posting to the "Rick Snyder for Michigan" Facebook page

containing a threat to injure students at Western Michigan University, specifically stating,

"Better be prepared for school shooting at Western Michigan University."

**18 U.S.C. § 875(c)**

## <u>COUNT 2</u>
**(Interstate Communication with Threat to Injure)**

On or about August 6, 2013, in Calhoun County, in the Southern Division of the Western

District of Michigan, and elsewhere,

TIMOTHY VANHUMLIAN SIANGDUN,
a/k/a YAN TUN,

did knowingly and willfully transmit in interstate commerce from Springfield, Michigan, to Palo

Alto, California, a Facebook posting to the "Western Michigan University" Facebook page,

containing a threat to injure students at Western Michigan University, specifically stating, "Hello

Parents!  Get expensive life insurance for your kids, somebody is really going to shoot at

Western Michigan University."

**18 U.S.C. § 875(c)**

## COUNT 3
### (Interstate Communication with Threat to Injure)

On or about August 6, 2013, in Calhoun County, in the Southern Division of the Western

District of Michigan, and elsewhere,

TIMOTHY VANHUMLIAN SIANGDUN,
a/k/a YAN TUN,

did knowingly and willfully transmit in interstate commerce from Springfield, Michigan, to Palo

Alto, California, a Facebook posting to the "Congress" Facebook page, containing a threat to

injure students at Western Michigan University, specifically stating, "You all just waiting to see

school shooting at Western Michigan University?"

**18 U.S.C. § 875(c)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney